■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY CARTER, Appellant.— Judgment convicting defendant of disorderly conduct

unanimously reversed, on the law and on the facts, and the information dismissed on the ground that there is a reasonable doubt whether defendant's conduct resulted from a momentary and unanticipatable lack of physical control. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.